JULY 31, 1995

No. 94–8922 (A–73). BRECHEEN *v.* WARD, WARDEN, *ante,* p. 1135. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for rehearing denied.

AUGUST 3, 1995

No. 94–1978. FARMER *v.* HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 10, 1995

No. 94–2077. FITZGERALD ET AL. *v.* MOUNTAIN STATES TELE-PHONE & TELEGRAPH CO., DBA U. S. WEST COMMUNICATIONS, INC. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 11, 1995

No. D–1333. IN RE DISBARMENT OF SHARP. Disbarment entered. [For earlier order herein, see 510 U. S. 987.]

No. D–1365. IN RE DISBARMENT OF MICELLI. It having been reported to the Court that Nicholas Angelo Micelli, of Los Angeles, Cal., has died, the rule to show cause, heretofore issued on February 22, 1994 [510 U. S. 1105], is hereby discharged.

No. D–1535. IN RE DISBARMENT OF FRANKUM. Disbarment entered. [For earlier order herein, see 514 U. S. 1061.]

No. D–1542. IN RE DISBARMENT OF KITSOS. Disbarment entered. [For earlier order herein, see 514 U. S. 1081.]

No. D–1546. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 514 U. S. 1106.]

No. D–1547. IN RE DISBARMENT OF SEALY. Disbarment entered. [For earlier order herein, see 514 U. S. 1106.]